# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00160-CV

**Eugene Saunders, Appellant**

**v.**

**Justin Mayers, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-20-002978, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The clerk's record in this appeal was due for filing in this Court on April 12, 2021. The Clerk of this Court subsequently notified appellant that the clerk's record had not been filed and was overdue, and that notice had been received from the district clerk that appellant had neither paid, nor made arrangements for payment, for the clerk's record. The notice requested that appellant make arrangements for the clerk's record and submit a status report regarding this appeal by May 24, 2021. Further, the notice advised appellant that his failure to comply with this request could result in the dismissal of his appeal for want of prosecution.

To date, appellant has not filed a status report or otherwise responded to this Court's notice, and the clerk's record has not been filed. We therefore dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b).

_____

Thomas J. Baker, Justice

Before Chief Justice Byrne, Justices Baker and Smith

Dismissed for Want of Prosecution

Filed:   May 28, 2021